**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Rebecca Emmer,** | : |
| | : |
| | : **Civil Action No.:  3:13-cv-01343-JBA** |
| **Plaintiff,** | : |
| **v.** | : |
| | : |
| **Century Financial Services, Inc.; and** | : |
| **DOES 1-10, inclusive,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Rebecca Emmer ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


**Dated: January 8, 2014**


                                        **Respectfully submitted,**

                                        **PLAINTIFF, Rebecca Emmer**

                                        **/s/ Sergei Lemberg**

                                        **Sergei Lemberg, Esq.**
                                        **LEMBERG LAW L.L.C.**
                                        **1100 Summer Street, 3rd Floor**
                                        **Stamford, CT 06905**
                                        **Telephone: (203) 653-2250**
                                        **Facsimile:  (203) 653-3424**
                                        **slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  /s/ Sergei Lemberg

Sergei Lemberg